IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:20-cr-13 |
| | ) | |
| v. | ) | (18 U.S.C. §§ 922(g)(1) and 924(a)(2)) |
| | ) | |
| KENNETH J. SELVAGE | ) | **[UNDER SEAL]** |

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about January 24, 2020, to on or about January 25, 2020, in the Western District of Pennsylvania, the defendant, KENNETH J. SELVAGE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, on or about June 16, 1999, in the Cambria County (Pennsylvania) Court of Common Pleas, at Docket Number CP-11-CR-1989-1998, of the crime of Escape, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Mossberg Model 500CT .20 gauge shotgun, bearing serial number G737563; and ten shells of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATIONS**

1. The grand jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As part of the commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of this Indictment, the defendant did use and intend to use the firearm and ammunition listed in that count in any manner to commit and to facilitate the commission of said violation, thereby subjecting said firearm and ammunition to forfeiture pursuant to Title 18, United States Code, Section 924(d).

A True Bill

_____
FOREPERSON

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352